COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner


ALICIA LILLY

                                                        MEMORANDUM OPINION[*]

v.      Record No. 1908-14-3                                PER CURIAM
                                                           MARCH 24, 2015

WASHINGTON & LEE AND
 PA MANUFACTURERS INDEMNITY CO.


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

      (George L. Townsend; Bradford M. Young; HammondTownsend,
      PLC, on briefs), for appellant.

      (Kathryn Spruill Lingle; Emily O. Sealy; Midkiff, Muncie & Ross,
      P.C., on brief), for appellees.


      Alicia Lilly appeals a decision of the Workers' Compensation Commission ("the

commission") finding that her neck injury on April 23, 2012, was not a compensable

consequence of her occupational injuries on August 4, 1998. We have reviewed the record and

the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for

the reasons stated by the commission in its final opinion. See Lilly v. Washington & Lee, JCN

No. 1944383 (Sept. 18, 2014). We dispense with oral argument and summarily affirm because

the facts and legal contentions are adequately presented in the materials before the Court and

argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.